THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:24-cv-00231-MR

| | |
|---|---|
| DONNA PEELER and KATHLEEN HANLINE, individually, on behalf of the Bayada Home Health Care 401(k) Plan and on behalf of all similarly situated participants and beneficiaries of the Plan,<br><br>Plaintiffs,<br><br>vs.<br><br>BAYADA HOME HEALTH CARE, INC., THE ADMINISTRATIVE COMMITTEE OF THE BAYADA HOME HEALTH CARE 401(k) PLAN; JOHN AND JANE DOES 1-30 in their capacities as members of the Administrative Committee,<br><br>Defendant. | O R D E R |

**THIS MATTER** is before the Court on the Plaintiffs' motion for the admission of attorney Paul Joseph Sharman as counsel *pro hac vice*. [Doc. 5]. Upon careful review and consideration, the Court will allow the motion.

**IT IS, THEREFORE, ORDERED** that the Plaintiffs' motion [Doc. 5] is **ALLOWED**, and Paul Joseph Sharman is hereby granted *pro hac vice*

admission to the bar of this Court, payment of the required admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: November 4, 2024

Martin Reidinger
Chief United States District Judge