THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:24-cv-00231-MR

| | |
|---|---|
| DONNA PEELER and KATHLEEN HANLINE, individually, on behalf of the Bayada Home Health Care 401(k) Plan and on behalf of all similarly situated participants and beneficiaries of the Plan,<br><br>        Plaintiffs,<br><br>vs.<br><br>BAYADA HOME HEALTH CARE, INC.; THE ADMINISTRATIVE COMMITTEE OF THE BAYADA HOME HEALTH CARE 401(k) PLAN; John and Jane Does 1-30 in their capacities as members of the Administrative Committee,<br><br>        Defendants. | **O R D E R** |

**THIS MATTER** is before the Court on the motion for the admission of attorney Christopher J. Boran as counsel *pro hac vice* filed by the Defendants Bayada Home Health Care, Inc. and The Administrative Committee of the Bayada Home Health Care 401(k) Plan. [Doc. 11]. Upon careful review and consideration, the Court will allow the motion.

**IT IS, THEREFORE, ORDERED** that the Defendants' motion [Doc. 11] is **ALLOWED**, and Christopher J. Boran is hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: December 5, 2024

Martin Reidinger
Chief United States District Judge