THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:24-cv-00231-MR

| | |
|---|---|
| DONNA PEELER and KATHLEEN HANLINE, individually, on behalf of the Bayada Home Health Care 401(k) Plan and on behalf of all similarly situated participants and beneficiaries of the Plan, ) ) ) ) ) ) ) ) Plaintiffs, ) ) vs. ) ) BAYADA HOME HEALTH CARE, INC.; ) THE ADMINISTRATIVE COMMITTEE ) OF THE BAYADA HOME HEALTH ) CARE 401(k) PLAN; John and Jane ) Does 1-30 in their capacities as ) members of the Administrative ) Committee, ) ) Defendants. ) _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiffs' motion for the admission of attorney Gary M. Klinger as counsel *pro hac vice*. [Doc. 24]. Upon careful review and consideration, the Court will allow the motion.

**IT IS, THEREFORE, ORDERED** that the Defendants' motion [Doc. 24] is **ALLOWED**, and Gary M. Klinger is hereby granted *pro hac vice* admission

to the bar of this Court, payment of the required admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**
Signed: December 30, 2024

Martin Reidinger
Chief United States District Judge

2

Case 1:24-cv-00231-MR   Document 27   Filed 12/30/24   Page 2 of 2